IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEREK R. WASHINGTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:10cv118-TMH |
| ) | |
| J. A. KELLER, ) | |
| ) | |
| Respondents. ) | |

**ORDER AND OPINION**

On June 16, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 15). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the 28 U.S.C. §2241 petition for habeas corpus relief is DISMISSED without prejudice because this case is not ripe for court review and because of Washington's failure to exhaust administrative remedies in accordance with the procedures established by the BOP.

Done this the 17th day of September, 2010.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE